**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Richard McMULLEN, Petitioner.**

Supreme Court of Pennsylvania.

April 14, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 14th day of April, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, reworded for clarity, is:

Whether petitioner was denied his constitutional right to a jury trial when the aggregate term of his multiple indirect criminal contempt sentences exceeded six months.

---

6. Employer also notes that on the pay-stub connected to the payment of the furlough allowance, it denoted the allowance as "SEV PAY." How the Employer chose to refer to the furlough allowance on the pay-stubs it issued does not impact our analysis.